MURPHY, INC. *v.* REMODELING, ETC., INC.

The defendant's petition for certification for appeal from the Appellate Court, 62 Conn. App. 517 (AC 19713), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Thomas W. Bucci*, in support of the petition.

Decided May 16, 2001

DENNIS HACKBARTH ET AL. *v.* ROBERT
HACKBARTH

The defendant's petition for certification for appeal from the Appellate Court, 62 Conn. App. 490 (AC 19752), is denied.

*Thomas F. Brown*, in support of the petition.

*George H. Romania* and *Kristen S. Rufo*, in opposition.

Decided May 16, 2001